IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| D. WALLACE MITCHELL, | ) | |
| Petitioner, | ) | |
| vs. | ) | Case No.  06-cv-624-WDS |
| BRIAN A. BLEDSOE, | ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is petitioner's motion for reconsideration of the Court's order granting respondent additional time to file a responsive pleading.  **(Doc. 15).**  Petitioner asserts that he never received a copy of respondent's motion for the extension of time, nor did he receive a copy of the Court's order.

Respondent's motion contains a certificate of service.  Petitioner has not shown any basis for doubting that certificate.  Petitioner changed his address of record, which may explain why he did not receive a copy of the motion and order.  A change of attorneys necessitated the extension of time, and petitioner has failed to cite any prejudice caused by the extension.

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration **(Doc. 15)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: September 11, 2007**

                    **s/ Clifford J. Proud**
                    **CLIFFORD J. PROUD**
                    **U. S. MAGISTRATE JUDGE**