IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D. WALLACE MITCHELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 06-cv-624-WDS |
| ) | |
| BRIAN A. BLEDSOE, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Before the Court is petitioner's motion to have the case caption corrected on the docket sheet and to have the Clerk of Court address his mail in a particular manner. **(Doc. 20).**

For record-keeping purposes and for the sake of consistency, the Clerk of Court maintains the original case caption on the docket sheet regardless of subsequent changes to party names. As petitioner moves from prison to prison, the respondent's name changes, which is usually reflected in the caption used on pleadings.

A review of the record reflects that petitioner has changed addresses since filing the subject motion. Therefore, the Clerk of Court will utilize the last address of record submitted by petitioner. As soon as the Court is informed of the name of the warden of the facility where petitioner is housed, that warden will be substituted as the named respondent.

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 20)** is **DENIED**. At this juncture, the Clerk's docket sheet, case caption and petitioner's address are all as up-to-date as possible.

**IT IS SO ORDERED.**

**DATED: September 11, 2007**

                **s/ Clifford J. Proud**
                **CLIFFORD J. PROUD**
                **U. S. MAGISTRATE JUDGE**